**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Pedro Perez Hosey                           Case No. 23-51577-KMS
            Thalita Keyhea Hosey, Debtors                  CHAPTER 13

## NOTICE

Debtors have filed papers with the court to Modify their Chapter 13 Bankruptcy Plan. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**
      If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:
      File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr., U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

      If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.
      You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

      If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: October 1, 2025        Signature:  <u>/s/ Thomas C. Rollins, Jr.</u>
                                Thomas C. Rollins, Jr. (MSBN 103469)
                                Jennifer Ann Curry Calvillo (MSBN 104367)
                                The Rollins Law Firm, PLLC
                                P.O. Box 13767
                                Jackson, MS 39236

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Pedro Perez Hosey                                   Case No. 23-51577-KMS
        Thalita Keyhea Hosey, Debtors                           CHAPTER 13

**MOTION TO MODIFY BANKRUPTCY PLAN**

COME NOW, Debtors, by and through counsel, and move this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1. Debtors commenced this case on 11/21/2023 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Debtors' 2007 GMC Sierra ("Vehicle") was damaged in an auto accident on August 27, 2025.

3. Debtors wish to surrender the Vehicle to the Creditor, PRA Receivables Management, LLC., as agent of Portfolio Recovery Associates, LLC ("Creditor").

4. Debtors wish for Trustee to cease ongoing payments to Creditor secured claim. Creditor should be allowed to file a deficiency claim upon the sale of the vehicle.

5. A Supplemental Schedule I and J (Dk #48) has been filed evidencing Debtors' current income and expenses.

6. Debtors wish for the Trustee to adjust the plan payment to the amount necessary to cease ongoing distributions to Creditor and to continue to pay the priority and secured claims as ordered in the confirmed Plan.

7. Debtors wish for the Trustee to cure any deficiency including ongoing mortgage payments paid through the plan, if one exists, and adjust the wage order as needed.

WHEREFORE, Debtors pray that their Bankruptcy Plan be modified to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.,
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767, Jackson, MS 39236

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Modify Plan was forwarded on October 1, 2025, to:

By USPS First Class Mail, Postage Prepaid:

PRA Receivables Management, LLC., as agent of
Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk, VA 23541

Portfolio Recovery Associates, LLC
c/o Corporation Service Company
109 Executive Drive, Suite 3
Madison, MS 39110

By Electronic CM/ECF Notice:

Chapter 13 Case Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

1

2

3

4    UNITED STATES BANKRUPTCY COURT
     SOUTHERN DISTRICT OF MISSISSIPPI

5

6    IN RE:                                    CASE NO: 23-51577-KMS

     Pedro Perez Hosey                         **DECLARATION OF MAILING**
7    Thalita Keyhea Hosey                      **CERTIFICATE OF SERVICE**

                                               Chapter: 13
8

9

10

11   On 10/1/2025, I did cause a copy of the following documents, described below,

     Notice and Motion to Modify
12

13

14

15

16

17

18

19   to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with
     sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and
     incorporated as if fully set forth herein.

20   I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.
     com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to
21   Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if
     fully set forth herein.

22
     Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been
23   served electronically with the documents described herein per the ECF/PACER system.

     DATED: 10/1/2025
24
                                               /s/ Thomas C. Rollins, Jr.
                                               Thomas C. Rollins, Jr.  103469
25                                             Attorney at Law
                                               The Rollins Law Firm
26                                             702 W. Pine Street
                                               Hattiesburg, MS  39401
27                                             601 500 5533
                                               trollins@therollinsfirm.com

28

1

2

3

4

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

5

IN RE:

6

Pedro Perez Hosey
Thalita Keyhea Hosey

7

CASE NO: 23-51577-KMS

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

8

9

10

11

On 10/1/2025, a copy of the following documents, described below,

Notice and Motion to Modify

12

13

14

15

16

17

18

19

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

20

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

21

22

DATED: 10/1/2025

23

24

25

Miles Wood

26

BK Attorney Services, LLC
d/b/a certificateofservice.com, for

27

Thomas C. Rollins, Jr.
The Rollins Law Firm

28

702 W. Pine Street
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

FIRST CLASS

PRA RECEIVABLES MANAGEMENT, LLC., AS
AGENT OF
PORTFOLIO RECOVERY ASSOCIATES, LLC
P.O. BOX 41067
NORFOLK VA 23541

FIRST CLASS

PORTFOLIO RECOVERY ASSOCIATES, LLC
C/O CORPORATION SERVICE CO
109 EXECUTIVE DR, STE 3
MADISON MS 39110