**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Pedro Perez Hosey                                  Case No. 23-51577-KMS
          Thalita Keyhea Hosey, Debtors                             CHAPTER 13

## MOTION TO INCUR NEW DEBT

COME NOW, Debtors, by and through counsel, and move this Court to allow Debtors to incur new debt, and in support thereof, would show the Court as follows:

1. Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on 11/21/2023.
2. Debtors are paying approximately a pro rata payment of $612.02 to General Unsecured Debts through the plan.
3. Debtors' 2007 GMC Sierra ("Vehicle") was damaged in an auto accident.
4. A Motion to Modify to surrender the Vehicle has been filed (Dk #49).
5. A Supplemental Schedule I and J (Dk #48) has been filed evidencing debtor's current income and expenses and demonstrating their ability to make the proposed direct payments for the vehicle loan.
6. Debtors wish to borrow up to thirty thousand dollars ($30,000.00) to purchase a vehicle with an interest rate not to exceed 20.00% and monthly payments not to exceed $450.00. Debtors will pay this debt to the lender direct pursuant to the terms of the agreement with the lender.

WHEREFORE, Debtors pray for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533


CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court for the SOUTHERN DISTRICT OF MISSISSIPPI by using the CM/ECF system. I certify that the U.S. Trustee and Trustee appointed to this case are registered CM/ECF users and that service to these individuals will be accomplished by the CM/ECF system.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.