## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Pedro Perez Hosey                                        Case No. 23-51577-KMS
           Thalita Keyhea Hosey, Debtors                                    CHAPTER 13

### ORDER AUTHORIZING DEBTORS TO INCUR DEBT

THIS CAUSE having come on this date on the Debtors' Motion to Incur Debt (DK #___), the Court having reviewed and considered the facts herein, and there being no objection from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtors' Motion to Incur Debt is granted. Debtors are authorized to borrow up to thirty thousand dollars ($30,000.00) to purchase a vehicle with an interest rate no greater than 20.00% and monthly payments not to exceed $450.00. Debtors shall pay the ongoing monthly payments direct to the lender.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR