# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Pedro Perez Hosey                                    Case No. 23-51577-KMS
          Thalita Keyhea Hosey, Debtors                                  CHAPTER 13

## NOTICE

Debtors have filed papers with the court to incur new debt. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Incur New Debt.

Date: October 3, 2025.        Signature:        /s/ Thomas C. Rollins, Jr.
                                                Thomas C. Rollins, Jr. (MSBN 103469)
                                                The Rollins Law Firm, PLLC
                                                P.O Box 13767
                                                Jackson, MS 39236
                                                601-500-5533
                                                trollins@therollinsfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:     Pedro Perez Hosey                                    Case No. 23-51577-KMS
           Thalita Keyhea Hosey, Debtors                        CHAPTER 13

## MOTION TO INCUR NEW DEBT

COME NOW, Debtors, by and through counsel, and move this Court to allow Debtors to incur new debt, and in support thereof, would show the Court as follows:

1. Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on 11/21/2023.
2. Debtors are paying approximately a pro rata payment of $612.02 to General Unsecured Debts through the plan.
3. Debtors' 2007 GMC Sierra ("Vehicle") was damaged in an auto accident.
4. A Motion to Modify to surrender the Vehicle has been filed (Dk #49).
5. A Supplemental Schedule I and J (Dk #48) has been filed evidencing debtor's current income and expenses and demonstrating their ability to make the proposed direct payments for the vehicle loan.
6. Debtors wish to borrow up to thirty thousand dollars ($30,000.00) to purchase a vehicle with an interest rate not to exceed 20.00% and monthly payments not to exceed $450.00. Debtors will pay this debt to the lender direct pursuant to the terms of the agreement with the lender.

WHEREFORE, Debtors pray for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533


CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court for the SOUTHERN DISTRICT OF MISSISSIPPI by using the CM/ECF system.  I certify that the U.S. Trustee and Trustee appointed to this case are registered CM/ECF users and that service to these individuals will be accomplished by the CM/ECF system.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>PEDRO PEREZ HOSEY<br>THALITA KEYHEA HOSEY | CASE NO: 23-51577-KMS<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 10/3/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Incur New Debt

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/3/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 23-51577-KMS |
|---|---|
| PEDRO PEREZ HOSEY<br>THALITA KEYHEA HOSEY | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 10/3/2025, a copy of the following documents, described below,

Notice and Motion to Incur New Debt

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/3/2025

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

```
 LABEL MATRIX FOR LOCAL NOTICING      PRA  RECEIVABLES MANAGEMENT LLC    PORTFOLIO RECOVERY ASSOCIATES   LLC
NCRS ADDRESS DOWNLOAD                 POB 41067                         CO CORPORATION SERVICE COMPANY
CASE 23-51577-KMS                     NORFOLK  VA 23541-1067            109 EXECUTIVE DRIVE  SUITE 3
SOUTHERN DISTRICT OF MISSISSIPPI                                        MADISON  MS 39110-8497
FRI OCT 3 10-16-18 PST 2025
```

```
EXCLUDE

US BANKRUPTCY COURT                   ACIMA                              AFFIRM  INC
DAN M RUSSELL  JR US COURTHOUSE       5501 HEADQUARTERS DR               ATTN BANKRUPTCY
2012 15TH STREET   SUITE 244          PLANO  TX 75024-5837               650 CALIFORNIA ST
GULFPORT  MS 39501 2036                                                  FL 12
                                                                         SAN FRANCISCO  CA 94108-2716
```

```
AFFIRM  INC                           ALLY BANK                          CHRYSLER CAPITAL
RESURGENT CAPITAL SERVICES            RESURGENT CAPITAL SERVICES         PO BOX 961275
PO BOX 10587                          PO BOX 10368                       FORT WORTH  TX 76161-0275
GREENVILLE  SC 29603-0587             GREENVILLE  SC 29603-0368
```

```
CREDIT ACCEPTANCE CORPORATION         CAPITAL ONE                        CHRYSLER CAPITAL
25505 W 12 MILE ROAD  SUITE 3000      ATTN BANKRUPTCY                    PO BOX 961211
SOUTHFIELD  MI 48034-8331             PO BOX 30285                       FORT WORTH  TX 76161-0211
                                      SALT LAKE CITY  UT 84130-0285
```

```
(P)CITIZENS NATIONAL BANK             COMENITY                           COMENITY BANK
P O BOX 911                           ATTN BANKRUPTCY DEPT               ATTN BANKRUPTCY
MERIDIAN MS 39302-0911                PO BOX 182125                      PO BOX 182125
                                      COLUMBUS  OH 43218-2125            COLUMBUS  OH 43218-2125
```

```
COMENITY BANK                         COMENITY CAPITAL                   CREDIT COLLECTION
ATTN BANKRUPTCY                       ATTN BANKRUPTCY                    ATTN BANKRUPTCY
PO BOX 18215                          PO BOX 182125                      725 CANTON ST
COLUMBUS  OH 43218                    COLUMBUS  OH 43218-2125            NORWOOD  MA 02062-2679
```

```
CREDIT ONE BANK                       GENESIS FS                         GOLDMAN SACHS BANK USA
ATTN BANKRUPTCY                       ATTN BANKRUPTCY                    ATTN BANKRUPTCY
6801 CIMARRON RD                      PO BOX 4477                        PO BOX 70379
LAS VEGAS  NV 89113-2273              BEAVERTON  OR 97076-4401           PHILADELPHIA  PA 19176-0379
```

```
JJ MARSHALL  ASSOCIATES               (P)JEFFERSON CAPITAL SYSTEMS LLC   LVNV FUNDING  LLC
28820 MOUND ROAD                      PO BOX 7999                        RESURGENT CAPITAL SERVICES
WARREN MI 48092-5510                  SAINT CLOUD MN 56302-7999          PO BOX 10587
                                                                         GREENVILLE  SC 29603-0587
```

```
(P)MOHELA                             NETWORK SERVICES  INC              ONEMAIN FINANCIAL GROUP  LLC
CLAIMS DEPARTMENT                     ATTN BANKRUPTCY                    ONEMAIN
633 SPIRIT DRIVE                      PO BOX 1725                        PO BOX 3251
CHESTERFIELD MO 63005-1243            HATTIESBURG  MS 39403-1725         EVANSVILLE  IN 47731-3251
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| ORAL MAXILLOFACIAL<br>325 SOUTH 13TH AVE<br>LAUREL MS 39440-4342 | OLLO CARD SERVICES<br>ATTN BANKRUPTCY<br>PO BOX 9222<br>OLD BETHPAGE NY 11804-9222 | PINE BELT CREDIT LLC<br>120 N 15TH AVE<br>LAUREL MS 39440-4120 |
| PRA RECEIVABLES MANAGEMENT LLC AS AGENT OF<br>PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | ~~EXCLUDE~~<br>~~(D)PINE BELT CREDIT LLC~~<br>~~120 N 15TH AVE~~<br>~~LAUREL MS 39440-4120~~ | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>PO BOX 788<br>KIRKLAND WA 98083-0788 |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY CAPITAL BANK<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | QUANTUM3 GROUP LLC AS AGENT FOR<br>CONCORA CREDIT INC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | (P)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 |
| ~~EXCLUDE~~<br>~~(D)(P)REPUBLIC FINANCE LLC~~<br>~~282 TOWER RD~~<br>~~PONCHATOULA LA 70454-8318~~ | RESURGENT RECEIVABLES LLC<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | SANTANDER CONSUMER USA INC DBA CHRYSLE C<br>1601 ELM ST SUITE 800<br>DALLAS TX 75201-7260 |
| SHIRLEY BLAKLEY<br>587 PLEASANT GROVE RD<br>LAUREL MS 39443 | SYNCHRONY<br>ATTN BANKRUPTCY<br>PO BOX 955060<br>ORLANDO FL 32896-5060 | SYNCHRONY BANK<br>BY AIS INFOSOURCE LP AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 |
| THE BANK OF MISSOURI<br>2700 S LORRAINE PL<br>SIOUX FALLS SD 57106-3657 | TOTAL VISA<br>ATTN BANKRUPTCY<br>PO BOX 84930<br>SIOUX FALLS SD 57118-4930 | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON MS 39201-5022~~ |
| (P)UPLIFT INC<br>2 N CENTRAL AVE FL 10<br>PHOENIX AZ 85004-4422 | ~~EXCLUDE~~<br>~~(P)DAVID RAWLINGS~~<br>~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~<br>~~PO BOX 566~~<br>~~HATTIESBURG MS 39403-0566~~ | DEBTOR<br>PEDRO PEREZ HOSEY<br>1101 N 5TH AVE<br>LAUREL MS 39440-2704 |
| RESURGENT CAPITAL RESURGENT RECEIVABLES LLC<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | THALITA KEYHEA HOSEY<br>1101 N 5TH AVE<br>LAUREL MS 39440-2704 | ~~EXCLUDE~~<br>~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON MS 39236-3767~~ |