# Proceeding Minutes / Proceeding Memo

**Case #:** 23-51577  **Case Name:** Pedro Perez Hosey and Thalita Keyhea Hosey

**Set:** 11/18/2025 01:30 pm  **Chapter:** 13  **Type:** bk  **Judge:** Katharine M. Samson

**matter** Motion and Notice to Modify Chapter 13 Plan with Certificate of Service Date of Service: 10/1/2025 Filed by Debtor Pedro Perez Hosey, Joint Debtor Thalita Keyhea Hosey Objections due 10/31/2025. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties. (Attachments: # 1 Proposed Order)  (Dkt. #49)

Response filed by the Trustee (Dkt. #52)

---

Minute Entry Re: (related document(s): [49] Motion and 30 Day Notice to Modify Plan filed by Pedro Perez Hosey, Thalita Keyhea Hosey) Wilson to submit an Agreed Order. Order due by 12/02/2025. Email received from Wilson. (mcc)