

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: December 17, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   PEDRO PEREZ HOSEY
AND THALITA KEYHEA HOSEY,
DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 23-51577-KMS

DAVID RAWLINGS, TRUSTEE

**ORDER ON**
**MOTION TO MODIFY PLAN**

ON DECEMBER 16, 2025, THIS CAUSE came on to be heard on the Debtor's Motion to Modify Plan (Docket No. 49) and the Trustee's Response thereto (Docket No. 52) in regard to the Secured Claim of OneMain/PRA (P), which is secured by a 20047 GMC Sierra (not a 910 vehicle), and the Court finds that no other Objections/Responses have been filed, and that the Court further finds the Motion should be granted, with no available insurance proceeds.

IT IS, THEREFORE, ORDERED AND ADJUDGED that: a) the subject vehicle is abandoned and surrendered; b) the unpaid balance of said Secured Claim reclassified as a General Unsecured Claim; and c) the future Plan payment is $923.00/month, with the unsecured creditors paid accordingly.

IT IS, FURTHER, ORDERED AND ADJUDGED that the Plan is so modified.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule 58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Submitted and Approved By:

/s/Samuel J. Duncan, Attorney
for Chapter 13 Trustee
PO Box 566
Hattiesburg, MS  39403
(601) 582-5011
Miss. Bar No. 6234
sduncan@rawlings13.net