United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 23-51577-KMS
Pedro Perez Hosey  Chapter 13
Thalita Keyhea Hosey
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: Dec 17, 2025     Form ID: pdf012     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Pedro Perez Hosey, Thalita Keyhea Hosey, 1101 N 5th Ave, Laurel, MS 39440-2704 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5304356 | | Email/PDF: cbp@omf.com | Dec 17 2025 19:35:04 | ONEMAIN FINANCIAL GROUP, LLC, OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5347039 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 17 2025 19:35:08 | PRA Receivables Management, LLC as agent of, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541-1067 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Dec 17, 2025 | Form ID: pdf012 | Total Noticed: 3 |

Samuel J. Duncan
    on behalf of Trustee David Rawlings sduncan@rawlings13.net

Thomas Carl Rollins, Jr
    on behalf of Debtor Pedro Perez Hosey trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
    on behalf of Joint Debtor Thalita Keyhea Hosey trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: December 17, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: PEDRO PEREZ HOSEY
AND THALITA KEYHEA HOSEY,
DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 23-51577-KMS

DAVID RAWLINGS, TRUSTEE

## ORDER ON
## MOTION TO MODIFY PLAN

ON DECEMBER 16, 2025, THIS CAUSE came on to be heard on the Debtor's Motion to Modify Plan (Docket No. 49) and the Trustee's Response thereto (Docket No. 52) in regard to the Secured Claim of OneMain/PRA (P), which is secured by a 20047 GMC Sierra (not a 910 vehicle), and the Court finds that no other Objections/Responses have been filed, and that the Court further finds the Motion should be granted, with no available insurance proceeds.

IT IS, THEREFORE, ORDERED AND ADJUDGED that: a) the subject vehicle is abandoned and surrendered; b) the unpaid balance of said Secured Claim reclassified as a General Unsecured Claim; and c) the future Plan payment is $923.00/month, with the unsecured creditors paid accordingly.

IT IS, FURTHER, ORDERED AND ADJUDGED that the Plan is so modified.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule 58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Submitted and Approved By:

/s/Samuel J. Duncan, Attorney
for Chapter 13 Trustee
PO Box 566
Hattiesburg, MS  39403
(601) 582-5011
Miss. Bar No. 6234
sduncan@rawlings13.net