**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Pedro Perez Hosey                                    Case No. 23-51577-KMS
          Thalita Keyhea Hosey, Debtors                        CHAPTER 13

## MOTION TO INCUR NEW DEBT

COME NOW, Debtors, by and through counsel, and move this Court to allow Debtors to incur new debt, and in support thereof, would show the Court as follows:

1. Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on 11/21/2023.
2. Debtors are paying approximately a pro rata payment of $612.02 to General Unsecured Debts through the plan.
3. Debtors' 2007 GMC Sierra ("Vehicle") was damaged in an auto accident.
4. A Motion to Modify to surrender the Vehicle has been filed (Dk #49).
5. Previously, the Court entered an Order on October 2, 2025, authorizing the Debtors to obtain financing for the purchase of a vehicle Dk #53). At that time, the Debtors were unable to obtain financing on terms that would permit them to proceed with the purchase. Accordingly, the Debtors did not obtain or purchase a vehicle pursuant to that Order.
6. Debtors now wish to make another attempt to obtain financing for a vehicle.
7. Debtors respectfully request that the Court enter an Order authorizing them to seek and obtain financing for the purchase of a vehicle in the amount of thirty thousand dollars ($30,000.00) to purchase a vehicle with an interest rate not to exceed 20.00% and monthly payments not to exceed $450.00. Debtors will pay this debt to the lender direct pursuant to the terms of the agreement with the lender.

WHEREFORE, Debtors pray for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., certify that an accurate copy of the Notice and Motion to Incur New Debt was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.