**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Pedro Perez Hosey**                                    **Case No. 23-51577-KMS**
         **Thalita Keyhea Hosey, Debtors**                    **CHAPTER 13**

## NOTICE

Debtors have filed papers with the court to incur new debt.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Incur New Debt.

Date: August 11, 2026          Signature:      /s/ Thomas C. Rollins, Jr.
                                                  Thomas C. Rollins, Jr. (MSBN 103469)
                                                  The Rollins Law Firm, PLLC
                                                  P.O Box 13767
                                                  Jackson, MS 39236
                                                  601-500-5533
                                                  trollins@therollinsfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Pedro Perez Hosey                                    Case No. 23-51577-KMS
          Thalita Keyhea Hosey, Debtors                       CHAPTER 13

## MOTION TO INCUR NEW DEBT

COME NOW, Debtors, by and through counsel, and move this Court to allow Debtors to incur new debt, and in support thereof, would show the Court as follows:

1. Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on 11/21/2023.
2. Debtors are paying approximately a pro rata payment of $612.02 to General Unsecured Debts through the plan.
3. Debtors' 2007 GMC Sierra ("Vehicle") was damaged in an auto accident.
4. A Motion to Modify to surrender the Vehicle has been filed (Dk #49).
5. Previously, the Court entered an Order on October 2, 2025, authorizing the Debtors to obtain financing for the purchase of a vehicle Dk #53). At that time, the Debtors were unable to obtain financing on terms that would permit them to proceed with the purchase. Accordingly, the Debtors did not obtain or purchase a vehicle pursuant to that Order.
6. Debtors now wish to make another attempt to obtain financing for a vehicle.
7. Debtors respectfully request that the Court enter an Order authorizing them to seek and obtain financing for the purchase of a vehicle in the amount of thirty thousand dollars ($30,000.00) to purchase a vehicle with an interest rate not to exceed 20.00% and monthly payments not to exceed $450.00. Debtors will pay this debt to the lender direct pursuant to the terms of the agreement with the lender.

WHEREFORE, Debtors pray for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., certify that an accurate copy of the Notice and Motion to Incur New Debt was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

PEDRO PEREZ HOSEY
THALITA KEYHEA HOSEY

CASE NO: 23-51577-KMS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 8/13/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Incur New Debt

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/13/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

PEDRO PEREZ HOSEY
THALITA KEYHEA HOSEY

CASE NO: 23-51577-KMS

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 8/13/2026, a copy of the following documents, described below,

Notice and Motion to Incur New Debt

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/13/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 23-51577-KMS
SOUTHERN DISTRICT OF MISSISSIPPI
WED AUG 12 14-0-18 PST 2026

PRA  RECEIVABLES MANAGEMENT LLC
POB 41067
NORFOLK  VA 23541-1067

PORTFOLIO RECOVERY ASSOCIATES  LLC
CO CORPORATION SERVICE COMPANY
109 EXECUTIVE DRIVE  SUITE 3
MADISON  MS 39110-8497

EXCLUDE

US BANKRUPTCY COURT
DAN M RUSSELL  JR US COURTHOUSE
2012 15TH STREET  SUITE 244
GULFPORT  MS 39501-2036

ACIMA
5501 HEADQUARTERS DR
PLANO  TX 75024-5837

AFFIRM  INC
ATTN BANKRUPTCY
650 CALIFORNIA ST
FL 12
SAN FRANCISCO  CA 94108-2716

AFFIRM  INC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

ALLY BANK
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE  SC 29603-0368

CHRYSLER CAPITAL
PO BOX 961275
FORT WORTH  TX 76161-0275

CREDIT ACCEPTANCE CORPORATION
25505 W 12 MILE ROAD  SUITE 3000
SOUTHFIELD  MI 48034-8331

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

CHRYSLER CAPITAL
PO BOX 961211
FORT WORTH  TX 76161-0211

(P)CITIZENS NATIONAL BANK
P O BOX 911
MERIDIAN MS 39302-0911

COMENITY
ATTN BANKRUPTCY DEPT
PO BOX 182125
COLUMBUS  OH 43218-2125

COMENITY BANK
ATTN BANKRUPTCY
PO BOX 182125
COLUMBUS  OH 43218-2125

COMENITY BANK
ATTN BANKRUPTCY
PO BOX 18215
COLUMBUS  OH 43218

COMENITY CAPITAL
ATTN BANKRUPTCY
PO BOX 182125
COLUMBUS  OH 43218-2125

CREDIT COLLECTION
ATTN BANKRUPTCY
725 CANTON ST
NORWOOD  MA 02062-2679

CREDIT ONE BANK
ATTN BANKRUPTCY
6801 CIMARRON RD
LAS VEGAS  NV 89113-2273

GENESIS FS
ATTN BANKRUPTCY
PO BOX 4477
BEAVERTON  OR 97076-4401

GOLDMAN SACHS BANK USA
ATTN BANKRUPTCY
PO BOX 70379
PHILADELPHIA  PA 19176-0379

JJ MARSHALL  ASSOCIATES
28820 MOUND ROAD
WARREN MI 48092-5510

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

(P)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

NETWORK SERVICES  INC
ATTN BANKRUPTCY
PO BOX 1725
HATTIESBURG  MS 39403-1725

ONEMAIN FINANCIAL GROUP  LLC
ONEMAIN
PO BOX 3251
EVANSVILLE  IN 47731-3251

ORAL  MAXILLOFACIAL
325 SOUTH 13TH AVE
LAUREL  MS 39440-4342

OLLO CARD SERVICES
ATTN BANKRUPTCY
PO BOX 9222
OLD BETHPAGE  NY 11804-9222

PINE BELT CREDIT  LLC
120 N 15TH AVE
LAUREL  MS 39440-4120

EXCLUDE

PRA RECEIVABLES MANAGEMENT  LLC AS AGENT OF
PORTFOLIO RECOVERY ASSOCIATES  LLC
PO BOX 41067
NORFOLK  VA 23541-1067

~~(D)PINE BELT CREDIT LLC~~
~~120 N 15TH AVE~~
~~LAUREL  MS 39440-4120~~

QUANTUM3 GROUP LLC AS AGENT FOR
COMENITY BANK
PO BOX 788
KIRKLAND  WA  98083-0788

QUANTUM3 GROUP LLC AS AGENT FOR
COMENITY CAPITAL BANK
PO BOX 788
KIRKLAND  WA  98083-0788

QUANTUM3 GROUP LLC AS AGENT FOR
CONCORA CREDIT INC
PO BOX 788
KIRKLAND  WA  98083-0788

(P)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

EXCLUDE

~~(D)(P)REPUBLIC FINANCE LLC~~
~~282 TOWER RD~~
~~PONCHATOULA LA 70454-8318~~

RESURGENT RECEIVABLES LLC
PO BOX 10587
GREENVILLE  SC 29603-0587

SANTANDER CONSUMER USA INC DBA CHRYSLER C
1601 ELM ST  SUITE 800
DALLAS  TX 75201-7260

SHIRLEY BLAKLEY
587 PLEASANT GROVE RD
LAUREL  MS 39443

SYNCHRONY
ATTN BANKRUPTCY
PO BOX 955060
ORLANDO  FL 32896-5060

SYNCHRONY BANK
BY AIS INFOSOURCE LP AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

EXCLUDE

THE BANK OF MISSOURI
2700 S LORRAINE PL
SIOUX FALLS SD 57106-3657

TOTAL VISA
ATTN BANKRUPTCY
PO BOX 84930
SIOUX FALLS  SD 57118-4930

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON  MS 39201-5022~~

EXCLUDE

DEBTOR

(P)UPLIFT  INC
2 N CENTRAL AVE FL 10
PHOENIX AZ 85004-4422

~~(P)DAVID RAWLINGS~~
~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~
~~PO BOX 566~~
~~HATTIESBURG MS 39403-0566~~

PEDRO PEREZ HOSEY
1101 N 5TH AVE
LAUREL  MS 39440-2704

EXCLUDE

RESURGENT CAPITAL RESURGENT RECEIVABLES LLC
PO BOX 10587
GREENVILLE  SC 29603-0587

THALITA KEYHEA HOSEY
1101 N 5TH AVE
LAUREL  MS 39440-2704

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM  PLLC~~
~~PO BOX 13767~~
~~JACKSON  MS 39236-3767~~